IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19MJ611 |
| vs. | ORDER |
| DAVID SHORT, | |
| Defendant. | |

On January 22, 2020 the court held a hearing on the motion of Attorney Joseph L. Howard to withdraw as counsel for the defendant, David Short. (Filing No. 14). Joseph L. Howard represented that he has a professional conflict of interest. After inquiry of the Defendant and his counsel the court granted Joseph L. Howard's motion to withdraw (Filing No. 14). The court further inquired as to Defendant's financial status. The court found that Defendant was indigent and re-appointed the Federal Public Defender to represent Defendant.

Mary C. Gryva, of the Federal Public Defender's office is re-appointed to represent David Short for the balance of these proceedings. Joseph L. Howard shall forthwith provide Mary C. Gryva with the discovery materials provided the defendant by the government and such other materials obtained by Joseph L. Howard which are material to David Short's defense.

The clerk shall provide a copy of this order to Mary C. Gryva.

Dated this 22nd day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge